UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY ERNEST OCHOA,<br><br>                              Plaintiff,<br><br>v.<br><br>CARLA FRIEDERIKE VON LINTIG,<br><br>                              Defendant. | Case No.: 19-cv-00346-MMA-JLB<br><br>**ORDER SETTING IN-PERSON, COUNSEL-ONLY STATUS HEARING** |

     On February 11, 2021, Defendant filed an *Ex Parte* Motion to Modify Scheduling Order, wherein she informed the Court that Plaintiff had retained attorney Philip Deitch to represent him, but Mr. Deitch had not yet appeared in the case. (ECF No. 45.)

     On March 3, 2021, the Court held a telephonic Status Conference with Mr. Deitch and defense counsel regarding Mr. Deitch's failure to file a Notice of Appearance. (ECF No. 47.)  During the Status Conference, Mr. Deitch represented to the Court that he was making a general appearance and that he would file a Notice of Appearance on the docket.

     By April 8, 2021, Mr. Deitch had not yet filed a Notice of Appearance in the case, so the Court directed Mr. Deitch to file one no later than April 12, 2021. (ECF No. 48.) Mr. Deitch did not file a Notice of Appearance by the April 12 deadline.

     On April 14, 2021, the Court held a second Status Conference with Mr. Deitch and defense counsel regarding Mr. Deitch's failure to file a Notice of Appearance. (ECF No.

49.) During the Status Conference, Mr. Deitch represented to the Court that he would file the notice no later than April 15, 2021.  (*See id.*)

To date, Mr. Deitch has not filed a Notice of Appearance.  Accordingly, **IT IS HEREBY ORDERED**:

1. A counsel-only Status Hearing regarding Mr. Deitch's failure to file a Notice of Appearance is hereby SET for **April 22, 2021**, at **10:30 AM** before Magistrate Judge Jill L. Burkhardt in Courtroom 5C of the Edward J. Schwartz U.S. Courthouse, 221 West Broadway, San Diego, California 92101.  Mr. Deitch and defense counsel shall appear at the Status Hearing **in person**.

2. If Mr. Deitch files a Notice of Appearance in this case before 5:30 PM on April 20, 2021, the Court will vacate the in-person, counsel-only Status Hearing.

3. The Clerk of Court is **DIRECTED** to e-mail a Notice of Electronic Filing for this Order and a copy of this Order to Mr. Deitch at philipdeitchesq@gmail.com.

Dated:  April 16, 2021

_____
Hon. Jill L. Burkhardt
United States Magistrate Judge