UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY ERNEST OCHOA,<br><br>                                Plaintiff,<br>v.<br>CARLA FRIEDERIKE VON LINTIG,<br>                                Defendant. | Case No.: 19-cv-00346-MMA-JLB<br><br>**ORDER:**<br><br>**(1) CONVERTING MANDATORY SETTLEMENT CONFERENCE TO VIDEO CONFERENCE; AND**<br><br>**(2) DENYING AS MOOT DEFENDANT'S *EX PARTE* MOTION TO EXCUSE PERSONAL APPEARANCE**<br><br>**[ECF Nos. 46; 51]** |

The Mandatory Settlement Conference ("MSC") in this matter is currently scheduled for May 6, 2021, at 9:00 AM in the chambers of Magistrate Judge Jill L. Burkhardt. (ECF No. 46 ¶ 3.) In light of the ongoing COVID-19 pandemic, the Court hereby **CONVERTS** the in-person MSC to a video conference. Further, given this modification, Defendant's *Ex Parte* Motion to Excuse Personal Appearance of Staff Counsel at Settlement Conference (ECF No. 51) is **DENIED as moot**.

///

///

1

To facilitate the conversion of the MSC to a video conference, the Court orders as follows:

1. The MSC shall be conducted by video conference on **May 6, 2021**, at **9:00 AM** before Judge Burkhardt. All parties, counsel, party representatives, and those required to appear pursuant to CivLR 16.3 and the operative Scheduling Order (ECF No. 46 ¶ 3) shall appear at the MSC by video conference. As Plaintiff is no longer incarcerated and has retained counsel, defense counsel need not assist in Plaintiff's appearance. (*See id.*)

Any request to excuse an appearance by video conference at the MSC shall be made by written motion filed no fewer than **7 calendar days** in advance of the MSC and supported by good cause.

2. The Court will use its official ZoomGov video conferencing account to hold the MSC. **IF YOU ARE UNFAMILIAR WITH ZOOM:** Zoom is available on computers through a download on the Zoom website (https://zoom.us/meetings) or on mobile devices through the installation of a free app.[1] Joining a Zoom conference does not require creating a Zoom account, but it does require downloading the .exe file (if using a computer) or the app (if using a mobile device). Participants are encouraged to create an account, install Zoom, and familiarize themselves with Zoom in advance of the MSC.[2] There is a cost-free option for creating a Zoom account.

3. Prior to the start of the MSC, the Court will e-mail each MSC participant an invitation to join a Zoom video conference. Again, if possible, participants are encouraged to use laptops or desktop computers for the video conference, as mobile devices often offer inferior performance. Because Zoom may quickly deplete the battery of a participant's

---

[1] If possible, participants are encouraged to use laptops or desktop computers for the video conference, as mobile devices often offer inferior performance.
[2] For help getting started with Zoom, visit: https://support.zoom.us/hc/en-us/categories/200101697-Getting-Started

device, each participant should ensure that her or his device is plugged in or that a charging cable is readily available during the video conference.  Participants shall join the video conference by following the ZoomGov Meeting hyperlink in the invitation.  **Participants who do not have Zoom already installed on their device when they click on the ZoomGov Meeting hyperlink will be prompted to download and install Zoom before proceeding**.  Zoom may then prompt participants to enter the password included in the invitation.  All participants will be placed in a waiting room until the MSC begins.

4. Each participant should plan to join the Zoom video conference **at least 5 minutes before** the start of the MSC to ensure that the MSC begins on time.

5. Zoom's functionalities will allow the Court to conduct the MSC as it ordinarily would conduct an in-person MSC.  That is, the Court will begin the MSC with all participants joined together in a main session.  After an initial discussion in the main session, the Court will divide participants into separate, confidential sessions, which Zoom calls Breakout Rooms.[3]  In a Breakout Room, the Court will be able to communicate with participants from a single party in confidence.  Breakout Rooms will also allow parties and counsel to communicate confidentially without the Court.

6. Confidential MSC statements shall be **lodged** (not filed) via e-mail at efile_Burkhardt@casd.uscourts.gov no later than **April 26, 2021**, and shall comply with the requirements set forth in § III.C. of Judge Burkhardt's Civil Chambers Rules.  For each MSC participant listed pursuant to § III.C.1., the statement shall also include:

   a. An **e-mail address** for the participant to receive the Zoom video conference invitation; and

   b. A **telephone number** where the participant may be reached so that if technical difficulties arise, the Court will be in a position to proceed telephonically

---

[3] For more information on what to expect when participating in a Zoom Breakout Room, visit: https://support.zoom.us/hc/en-us/articles/115005769646

instead of by video conference. (If counsel prefers to have all participants of their party on a single conference call, counsel may provide a conference number and appropriate call-in information, including an access code, where all counsel and parties or party representatives for that side may be reached as an alternative to providing individual telephone numbers for each participant.)

In addition, **Defendant's** MSC statement shall include:

    a. Any restitution amount owed by Plaintiff; and

    b. Plaintiff's prisoner civil rights litigation history and the results of any prior litigation.

7. All participants shall display the same level of professionalism during the MSC and be prepared to devote their full attention to the MSC as if they were attending in person.

8. All dates, deadlines, and requirements set forth in the Scheduling Order (ECF No. 46) remain in place, except as modified by this Order.

The Clerk of Court is **DIRECTED** to e-mail a Notice of Electronic Filing for this Order and a copy of this Order to Plaintiff's Attorney, Philip Deitch, at philipdeitchesq@gmail.com.

**IT IS SO ORDERED.**

Dated: April 21, 2021

_Jill Burkhardt_
Hon. Jill L. Burkhardt
United States Magistrate Judge